✎ LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GRETTER PERKINS | ) Case No: 03-243 |
| | ) USM No: 21341-424 |
| Date of Previous Judgment:        03/23/2005 | ) Robert Laher |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____          Criminal History Category: _____
Previous Guideline Range: ____ to ____ months          Amended Guideline Range: ____ to ____ months

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III.  ADDITIONAL COMMENTS
Defendant is ineligible for a sentence reduction as the original guidelines were based on cociane hydrochloride - not cocaine base.

Except as provided above, all provisions of the judgment dated   03/23/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        05/16/2008

Effective Date: _____          KURT D. ENGELHARDT - U. S. DISTRICT JUDGE
(if different from order date)          Printed name and title